# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

UNITED STATES OF AMERICA
### V.

KEATRON BANKS

| | |
|---|---|
| Case Number: | 4:03-CR-00126-01-SWW |
| USM Number: | 22956-009 |

**Date of Original Judgment:**       March 5, 2004

**Date of Previous Amended Judgment:** July 1, 2008       Chris Tarver
*(Use Date of Last Amended Judgment if Any)*       Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    **X** the defendant       ☐ the Director of the Bureau of Prisons       ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account
the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a),
to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
      ☐ DENIED.
      **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
            130 months **is reduced to 120 months.**

Except as provided above, all provisions of the judgment dated March 5, 2004 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/1/2011                          /s/Susan Webber Wright
                                               United States District Judge